No. D–1029. IN RE DISBARMENT OF KESSLER. Disbarment entered. [For earlier order herein, see 501 U. S. 1274.]

No. D–1030. IN RE DISBARMENT OF GULLER. Disbarment entered. [For earlier order herein, see 501 U. S. 1274.]

No. D–1033. IN RE DISBARMENT OF ROBBINS. Disbarment entered. [For earlier order herein, see 501 U. S. 1274.]

No. D–1034. IN RE DISBARMENT OF OSTROWE. Disbarment entered. [For earlier order herein, see 501 U. S. 1274.]

No. D–1035. IN RE DISBARMENT OF MARCUS. Disbarment entered. [For earlier order herein, see 501 U. S. 1274.]

No. D–1036. IN RE DISBARMENT OF GOERLICH. Disbarment entered. [For earlier order herein, see 501 U. S. 1274.]

No. D–1037. IN RE DISBARMENT OF DELLORFANO. Disbarment entered. [For earlier order herein, see 501 U. S. 1275.]

No. D–1038. IN RE DISBARMENT OF NOLAN. Disbarment entered. [For earlier order herein, see 501 U. S. 1275.]

No. D–1039. IN RE DISBARMENT OF TOWNSEND. Disbarment entered. [For earlier order herein, see 501 U. S. 1279.]

No. D–1054. IN RE DISBARMENT OF NORRIS. It is ordered that Robert McKim Norris, Jr., of Birmingham, Ala., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1055. IN RE DISBARMENT OF ROGERS. It is ordered that John Joseph Rogers, Jr., of Jamaica Plain, Mass., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1056. IN RE DISBARMENT OF TAUB. It is ordered that Martyn Taub, of Middletown, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1057. IN RE DISBARMENT OF BERMAN. It is ordered that Brian Murray Berman, of Hollywood, Fla., be suspended from